UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVATAR TECHNOLOGIES PHI, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESIDENTIAL PROGRAMS, INC.; TELIO MILO, INC.; GREGORY B. HERTLING; MARK KEISER; LEE OSTROWSKY; JOHN DOES 1-10 (owners, operators, directors, board members or others with controlling interests in Residential Programs, Inc.); *et al.* <br><br> Defendants. | Civil Action No.  3:15-cv-00006-MAS-DEA <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSIAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties, that all claims and counterclaims in the within matter are hereby dismissed without prejudice and without any costs to either party. This Stipulation may be executed in multiple counterparts.  Facsimile and electronic signatures shall be deemed to be originals.

Dated: Montclair, New Jersey
March 11, 2016

FURST & LURIE, LLP

By: /s/ Joshua Lurie
     Joshua Lurie, Esq.

Dated: Hackensack, New Jersey
March 10, 2016

ARCHER & GREINER, P.C.

By: /s. Michael S. Horn
     Michael S. Horn